Marianne HIGGINS (Pariseault)

v.

**Robert G. PARISEAULT et al.**

No. 82–364–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1982.

James P. Quirk, Warwick, for plaintiff-respondent.

Robert G. Pariseault, pro se.

Oswald A. Mazzarelli, pro se.

### ORDER

The petition for writ of certiorari is denied.